JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLIN DEJUAN WILSON,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>CHRISTIAN PFEIFFER,<br><br>　　　　　　Respondent. | Case No. 5:18-CV-01164-JAK (SK)<br><br>**JUDGMENT** |

　　　　Pursuant to the order denying the habeas petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: October 22, 2019

_____
JOHN A. KRONSTADT
U.S. DISTRICT JUDGE